JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada 89102
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com
Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHELLE GINSBERG,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC.;<br>DOES 1-10, inclusive; and ROE ENTITIES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:21-cv-01498-CDS-BNW<br><br>**NOTICE OF SETTLEMENT** |

TO:    THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN;

　　　　PLEASE TAKE NOTICE that the parties and their counsel of record participated in a voluntary private mediation on July 5, 2022 which resulted in the parties agreeing upon a full and final settlement of this case. Under the terms of the settlement agreement, each side will bear their own fees and costs. Further, the parties have agreed that Plaintiff and her attorney are responsible to satisfy any and all liens and will defend and indemnify Defendant for any action related to any such liens.

　　　　The parties note that Plaintiff filed a motion for sanctions on June 29, 2022 (ECF No. 16) which this court set for a hearing on August 31, 2022 before Magistrate Judge Brenda Weksler (ECF No. 17). As a result of the settlement, counsel jointly request that the motion and the hearing set for August 31, 2022 be vacated. Defense counsel further advises this court that Defendant will not be filing a response to the motion as a result of the settlement.

/ / /

/ / /

CLAC 7013360.1

The parties anticipate that it will take approximately 30 days for counsel to finalize the settlement and will file a Stipulation and Order for Dismissal as soon as possible.

RESPECTFULLY SUBMITTED this 11th day of July, 2022.

| **THE PATRIOT LAW FIRM CORP.** | **COOPER LEVENSON, P.A.** |
|---|---|
| */s/ Christopher D. Burk* | */s/ Jerry S. Busby* |
| Christopher D. Burk, Esq. | Jerry S. Busby, Esq. |
| Nevada Bar No. 8976 | Nevada Bar No.: 1107 |
| 2350 West Charleston Blvd, Suite 202 | 3016 West Charleston Blvd. #195 |
| Las Vegas, Nevada 89102 | Las Vegas, NV 89102 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant, Smith's Food & Drug Centers, Inc.* |

## ORDER

Per the parties' notice of settlement at ECF No. 18, IT IS ORDERED that ECF No. 16 is DENIED as moot and the hearing set for 8/31/2022 is VACATED.

**IT IS SO ORDERED**

**DATED:** 2:54 pm, July 12, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

CLAC 7013360.1