JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard  - #195
Las Vegas, Nevada  89102
(702) 366-1125
FAX:  (702) 366-1857
jbusby@cooperlevenson.com
Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHELLE GINSBERG,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC.; DOES 1-10, inclusive; and ROE ENTITIES 1-10, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:21-cv-01498-CDS-BNW<br><br>**STIPULATION FOR DISMISSAL WITH <u>PREJUDICE</u>** |

　　　　WHEREAS, the parties and their counsel of record have agreed upon a full and final settlement of this case and all claims asserted therein;

　　　　IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff MICHELLE GINSBERG, by and through her attorney of record, Christopher D. Burk, Esq., of THE PATRIOT LAW FIRM CORP., and Defendant SMITH'S FOOD & DRUG CENTERS, INC. by and through its attorney of record, Jerry S. Busby, Esq. of the law firm COOPER LEVENSON, P.A. as follows:

　　　　1.　　Plaintiff MICHELLE GINSBERG'S claims herein against all Defendants including, but not limited to, SMITH'S FOOD & DRUG CENTERS, INC., shall be dismissed with prejudice, each party to bear their own attorney's fees and costs; and

/ / /

/ / /

/ / /

/ / /

CLAC 7013396.1

    2.       That any remaining deadlines on the court's docket be vacated.

Respectfully submitted this 20th day of July, 2022.

| **THE PATRIOT LAW FIRM CORP.** | **COOPER LEVENSON, P.A.** |
|---|---|
| */s/ Christopher D. Burk* | */s/ Jerry S. Busby* |
| Christopher D. Burk, Esq. | Jerry S. Busby, Esq. |
| Nevada Bar No. 8976 | Nevada Bar No.: 1107 |
| 2350 West Charleston Blvd, Suite 202 | 3016 West Charleston Blvd. #195 |
| Las Vegas, Nevada 89102 | Las Vegas, NV 89102 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant,* |
|  | *Smith's Food & Drug Centers, Inc.* |

## **ORDER**

IT IS SO ORDERED:

DATED this __20th__ day of _____July_____, 2022.

_____
UNITED STATES DISTRICT JUDGE